**Opinion issued January 19, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00016-CV

_____

## IN RE JACOBS FIELD SERVICES NORTH AMERICA, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jacobs Field Services North America, Inc., has filed a petition for writ of mandamus, challenging the trial court's orders of November 19, 2015 and January 1, 2016, which compelled relator to produce corporate representatives for deposition.[1] Relator also filed an emergency motion for stay. The real party in interest, Akzo Nobel Polymer Chemicals LLC, filed a response to the petition.

---

[1] The underlying proceeding is *Akzo Nobel Polymer Chemicals LLC v. Jacobs Field Services North America, Inc. and Ace American Insurance Co.*, cause number

We **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

We further **deny** relator's emergency motion for stay.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Brown and Huddle.

---

2014-32044, in the 190th Judicial District Court of Harris County, Texas, the Honorable Patricia J. Kerrigan presiding.